UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALLEN ANCAR

CIVIL ACTION

VERSUS

18-3-SDD-RLB

RANDALL ROBERTSON, ET AL.

RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 9, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion for Summary Judgment* (Rec. Doc 49) is hereby GRANTED, dismissing the Plaintiff's claims against Defendants, Robertson and Folk, with prejudice. It is further recommended that the Plaintiff's claims against Trish Foster are hereby DISMISSED without prejudice for failure to timely effect service upon her.

**IT IS FURTHER ORDERED** that this action is hereby DISMISSED in its entirety.

Baton Rouge, Louisiana the 29 day of May, 2019.

SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 49.
[2] Rec. Doc. 59.
[3] Rec. Doc. 60.