UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALLEN ANCAR (#299054)

VERSUS

RANDALL ROBERTSON, ET AL.

CIVIL ACTION

18-3-SDD-RLB

**RULING**

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois, Jr. dated October 12, 2023, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that this action is dismissed, without prejudice, for failure of Plaintiff to serve Defendant Foster as required by Federal Rule of Civil Procedure 4(m).

Signed in Baton Rouge, Louisiana, on this _29_ day of November, 2023.

*/s/ Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 86.